

Jason M. Erlich, Cal. Bar No. 203661
   Email: jason@mcelawfirm.com
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel:   (415) 296-8420
Fax:   (415) 296-8552

Rachel Folberg, Cal. Bar No. 209143
   Email: *rfolberg@folberglaw.com*
LAW OFFICES OF RACHEL FOLBERG
405 14th Street, Suite 508
Oakland, CA 94612
Tel:   (510) 679-3700
Fax:   (510) 225-3704

The following constitutes
the order of the court. Signed September 12, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

Attorneys for Creditor and Class Claimant SCOTT RUSSELL, individually, and on behalf of all others similarly situated

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SEQUOIA SENIOR SOLUTIONS, INC.,<br><br>Debtor. | Case No. 16-11036-CN<br><br>Chapter 11<br><br>**ORDER APPROVING COMPENSATION**<br><br>**Hearing Held:** August 31, 2018, 11:00 AM<br>**Location:**   U.S. Bankruptcy Court<br>                1300 Clay St., Courtroom 215<br>                Oakland, California 94612 |

Creditor and Class Claimant Scott Russell's ("Class Claimant") Application for Compensation came on for hearing on August 31, 2018 in the United States Bankruptcy Court in Oakland, California. Jason Erlich of McCormack & Erlich, LLP and Rachel Folberg of the Law Offices of Rachel Folberg ("Class Counsel" or "Applicant") appeared on behalf of the class.

- 1 -

David N. Chandler of David N. Chandler, P.C. filed a statement re: Class Claimant's Application for Compensation on behalf of debtor Sequoia Senior Solutions, Inc. on August 24, 2018, but did not appear at the hearing.

After considering the papers and pleadings on file, and arguments presented by counsel, the Court hereby finds and ORDERS:

1. Class Counsel's application filed on August 10, 2018 for attorneys' fees and administrative expenses is allowed except as follows:

2. Class Counsel is allowed attorneys' fees totaling $339,997.46 for their services performed during the period of February 3, 2016 to present, subject to the pro rata reduction of the common fund as part of the unsecured creditor class. The award amount of $339,997.46 does not include reimbursement of Class Counsel's administrative expenses.

3. Class Counsel will submit a supplemental declaration with a further breakdown of its request for reimbursement of $6,681.86 in administrative expenses. The Court will address this reimbursement request in a separate order.

4. Class Counsel shall file an amended class claim to reflect the final amount of attorneys' fees awarded herein no later than September 17, 2018.

5. Class Counsel shall reduce the amount of each class member's claim to reflect the award of attorneys' fees no later than September 17, 2018.

** END OF ORDER **

## COURT SERVICE LIST

Sequoia Senior Solutions, Inc.
Attn: Stanton C. Lawson
1372 North McDowell Blvd., Ste. S
Petaluma, CA 94954

Other recipients are ECF participants.